~~EXHIBIT A~~

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JUFENG ZHENG,
XIA CHEN a/k/a Jessica Chen and
YU FENG ZHENG,

                    Plaintiffs,

    v.

J&J US TRADING INC
d/b/a TENGDA ASIAN BISTRO;
JUN FENG GUO,
SAMMY LIAO and
ZU DUO LI a/k/a GEORGE LI

                    Defendants.
-----------------------------------------------------------x

Case No. 15 CV 9635 (VB)

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE
AGAINST J&J US TRADING
INC d/b/a TENGDA ASIAN
BISTRO; SAMMY LIAO and ZU
DUO LI a/k/a GEORGE LI only

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants J&J US TRADING INC d/b/a TENGDA ASIAN BISTRO; SAMMY LIAO and ZU DUO LI a/k/a GEORGE LI only for the above captioned action, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees to any party, as to Plaintiffs or Defendants. This Court retains jurisdiction to enforce the Settlement Agreement and the Release of this action.

TROY LAW, PLLC
*Attorneys for the Plaintiff*

By: _____
John Troy (JT 0481)
41-25 Kissena Blvd., Suite 119
Flushing, NY 11355
Tel: 718 762 1324

LAW OFFICE OF GIACCHINO J.
RUSSO & ASSOCIATES
*Attorneys for Defendants*

_____
Giacchino James Russo, Esq.
35-28 Farrington Street 2nd Floor
Flushing, NY 11354
Tel: 718 460 2847

SO ORDERED.
_____  5/30/17
U.S.D.J