```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5|30|17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JUFENG ZHENG; XIA CHEN, a/k/a JESSICA       :
CHEN; YUFENG ZHENG,                          :
                          Plaintiffs,        :        **ORDER**
                                             :
v.                                           :        15 CV 9635 (VB)
                                             :
J&J US TRADING INC. d/b/a TENGDA             :
ASIAN BISTRO; YUENN SHUAN LIEW, a/k/a        :
SAMMIE LIEW; ZUDOU LI, a/k/a GEORGE          :
LI,                                          :
                          Defendants.        :
-----------------------------------------------------------x

On May 25, 2017, counsel in this Fair Labor Standards Act case filed a joint application for approval of a settlement agreement, consisting of a detailed memorandum explaining the agreement and the proposed settlement agreement, with exhibits, for approval by the Court, as required by Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).  (Docs. ##64, 64-1).

The Court has considered the following factors: (i) the parties' positions as to the proper valuation of plaintiffs' claims; (ii) the risks, costs, and delays of continuing to litigate; (iii) the fact that all parties are represented by experienced counsel; (iv) the fact that the parties represent they settled this dispute through arm's-length bargaining; (v) the fact that the release language in the agreement is limited to pre-existing claims; and (vi) the fact that there are no confidentiality or non-disparagement clauses.

The Court finds that the settlement is fair and reasonable, and the product of arm's-length negotiation, not fraud or collusion.

Accordingly, the parties' settlement agreement (Doc #61-1) is hereby APPROVED.

The Court will so-order and docket the parties' stipulation and order of dismissal with prejudice.

Dated:  May 30, 2017
        White Plains, NY

                                    SO ORDERED:

                                    _____
                                    Vincent L. Briccetti
                                    United States District Judge

1